# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Gilberto Rios <br><br> *Plaintiff(s)* <br> v. <br> Core Facility Services LLC, Meridian Management Corporation, and Greg Bassinani, Individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-cv-1748 CBA-JO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillips & Associates PLLC
45 Broadway, Suite 620
New York, NY, 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 4/12/2016

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

Core Facility Services LLC
Via Secretary of State
1120 Avenue of the Americas, Building 209
JFK International Airport
Jamaica, NY, 11430

Meridian Management Corporation
818 N A1A, Suite 300
Ponte Vedra, FL 32082

Greg Bassinani
Via Place of Employment
1120 Avenue of the Americas, Building 209
JFK International Airport
Jamaica, NY, 11430